No. 94–5370. WESTMORELAND ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5440. WHEELOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5512. BAKER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5514. GALLEGOS *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 94–5574. CARTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5577. COLINA *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–5594. HAZIME *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied.

No. 94–5596. EALEY *v.* ARMONTROUT, ASSISTANT DIRECTOR/ ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.

No. 94–5597. FIELDS *v.* CITY OF WEST PALM BEACH, FLORIDA, ET AL. (three cases). Sup. Ct. Fla. Certiorari denied.

No. 94–5606. ANDERSON *v.* BUTLER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION. C. A. 1st Cir. Certiorari denied.

No. 94–5607. WOODS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 94–5609. WERNER *v.* BERGEN COUNTY JAIL ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5611. TYSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 94–5617. EAST *v.* COFFEL. C. A. 9th Cir. Certiorari denied.